FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

SEP 03 2026

TAMMY H. DOWNS, CLERK
By: ________ DEP CLERK

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

| | | |
|---|---|---|
| NICHOLAS JOHNSON JAEGER, Plaintiff, | ) | |
| | ) | Case No. 4:26-cv-00902-BSM |
| *v.* | ) | |
| | ) | **FIRST AMENDED** |
| U.S. CITIZENSHIP AND IMMIGRATION SERVICES, Defendant. | ) | **COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF** |

## INTRODUCTION

1. Plaintiff Nicholas Johnson Jaeger brings this action under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552, to challenge Defendant U.S. Citizenship and Immigration Services' ("USCIS") withholding of portions of the naturalization certificate of Plaintiff's deceased paternal grandfather, Herwig Jaeger. Plaintiff seeks production of the certificate without any redactions that USCIS cannot lawfully justify under FOIA.

2. On March 16, 2026, Plaintiff submitted a FOIA request seeking a copy of Herwig Jaeger's naturalization certificate. USCIS records show the request was submitted on that date, and USCIS acknowledged that the request specifically sought that certificate. *See* Exs. A–B. On March 28, 2026, USCIS identified one responsive page and released it in part, withholding portions under 5 U.S.C. § 552(b)(6). The redactions include the petition number, Herwig Jaeger's date of birth and address, the naturalization certificate number, the clerk's name, and the district judge's name. *See* Exs. C–D. Plaintiff timely appealed on April 12, 2026. *See* Ex. E. USCIS did not issue a determination on the appeal within the time allowed by FOIA. Plaintiff therefore seeks judicial review of USCIS's withholding and an order requiring disclosure of all non-exempt, reasonably segregable information.

## JURISDICTION AND VENUE

3. This Court has subject-matter jurisdiction under 5 U.S.C. § 552(a)(4)(B) and 28 U.S.C. § 1331. FOIA authorizes this Court to enjoin an agency from withholding agency records and to order the production of records improperly withheld. 5 U.S.C. § 552(a)(4)(B). The Court may also grant appropriate declaratory relief under 28 U.S.C. §§ 2201–2202.

4. Venue is proper in this District under 5 U.S.C. § 552(a)(4)(B) because Plaintiff resides in Little Rock, Arkansas, within this District.

5. USCIS acknowledged receipt of Plaintiff's FOIA request on March 19, 2026. *See* Ex. B (FOIA Request Acknowledgment). USCIS issued its determination on March 28, 2026, and released the responsive certificate in part. *See* Exs. C–D. Plaintiff filed an administrative appeal on April 12, 2026. *See* Ex. E (USCIS Administrative Appeal Status Page). Because USCIS did not make a determination with respect to the appeal within the period prescribed by 5 U.S.C. § 552(a)(6)(A)(ii), Plaintiff is deemed to have exhausted his administrative remedies under 5 U.S.C. § 552(a)(6)(C)(i).

## PARTIES

6. Plaintiff Nicholas Johnson Jaeger resides in Little Rock, Arkansas. Herwig Jaeger, Plaintiff's paternal grandfather and the subject of the requested record, is deceased. *See* Ex. F (Death Certificate). On March 16, 2026, Plaintiff filed the FOIA request at issue seeking Herwig Jaeger's naturalization certificate, which USCIS maintains as part of his A-File.

7. Defendant USCIS is a component of the United States Department of Homeland Security and is responsible for maintaining and processing A-Files and FOIA requests for USCIS records. USCIS has possession, custody, or control of the requested record and is subject to FOIA.

## FACTUAL ALLEGATIONS

### Plaintiff's FOIA Request to Defendant USCIS

8. FOIA requires an agency to determine an administrative appeal within 20 working days after receipt, subject to any lawful extension for unusual circumstances. 5 U.S.C. § 552(a)(6)(A)(ii), (B). If the agency fails to comply with the applicable time limit, the requester is deemed to have exhausted administrative remedies. 5 U.S.C. § 552(a)(6)(C)(i).

9. On March 16, 2026, Plaintiff submitted the request through USCIS's FIRST online portal. USCIS's records show the request was submitted on that date. *See* Ex. A (USCIS FOIA Request Status Page). USCIS's acknowledgment letter confirms that Plaintiff specifically requested a copy of the naturalization certificate for Herwig Jaeger. *See* Ex. B.

10. USCIS acknowledged receipt of the FOIA request on March 19, 2026. *See* Ex. B.

11. On March 28, 2026, USCIS issued its response. USCIS identified one responsive page and released that page in part. *See* Exs. C–D. USCIS stated that it withheld portions under Exemption 6, 5 U.S.C. § 552(b)(6), which protects personnel, medical, and similar files only when disclosure would constitute a clearly unwarranted invasion of personal privacy. The released certificate reflects redactions of the petition number, Herwig Jaeger's date of birth, the certificate number, Herwig Jaeger's address, the clerk's name, and the district judge's name. *See* Exs. C–D.

12. On April 12, 2026, Plaintiff filed an administrative appeal with the USCIS FOIA/PA Appeals Office challenging the Exemption 6 redactions, including because the subject of the requested record is deceased. USCIS's FIRST portal showed that the appeal had been received and was still in process under Control Number APP2026011361REQ as of May 14, 2026. *See* Ex. E. As of September 3, 2026, USCIS has not issued a determination on Plaintiff's administrative appeal.

13. USCIS did not make a determination with respect to the appeal within the period prescribed by 5 U.S.C. § 552(a)(6)(A)(ii). *See* Ex. E. Plaintiff is therefore deemed to have exhausted his administrative remedies under 5 U.S.C. § 552(a)(6)(C)(i).

## CLAIMS FOR RELIEF

### COUNT ONE

### Violation of FOIA, 5 U.S.C. § 552
### Improper Withholding Under Exemption 6

14. All of the foregoing allegations are repeated and realleged as though fully set forth herein.

15. FOIA requires agencies to disclose requested agency records unless a statutory exemption applies. 5 U.S.C. § 552(a)(3)(A), (b). Even when an exemption applies, an agency may withhold information only if it reasonably foresees that disclosure would harm an interest protected by that exemption or disclosure is prohibited by law. 5 U.S.C. § 552(a)(8)(A)(i). Defendant bears the burden of sustaining its withholding. 5 U.S.C. § 552(a)(4)(B).

16. USCIS withheld portions of the one-page naturalization certificate pursuant to Exemption 6, 5 U.S.C. § 552(b)(6), including the petition number, Herwig Jaeger's date of birth and address, the certificate number, the clerk's name, and the district judge's name. *See* Exs. C–D.

17. Exemption 6 protects personnel, medical, and similar files only to the extent disclosure would constitute a clearly unwarranted invasion of personal privacy. In the Eighth Circuit, application of Exemption 6 requires consideration of whether disclosure would compromise a substantial personal-privacy interest and, if so, balancing that interest against the public interest cognizable under FOIA. *See Am. Farm Bureau Fed'n v. U.S. Env't Prot. Agency*, 836 F.3d 963, 970–71 (8th Cir. 2016). The Eighth Circuit recognizes that disclosure of personal identifying or contact information may, in appropriate circumstances, implicate a substantial privacy interest. *Id.*

18. Here, Herwig Jaeger—the individual whose personal information USCIS principally appears to have withheld—is deceased. *See* Ex. F. The Third Circuit has held that deceased persons have no privacy interest in nondisclosure of their identities and has concluded that there are no legitimate grounds for distinguishing Exemption 6 from Exemption 7(C) on the effect of death on the decedent's own privacy interest. *See Davin v. U.S. Dep't of Justice*, 60 F.3d 1043, 1058–59 (3d Cir. 1995) (discussing *McDonnell v. United States*, 4 F.3d 1227 (3d Cir.

1993)). Although these Third Circuit decisions are persuasive rather than controlling authority in this Court, they support Plaintiff's contention that USCIS cannot justify withholding Herwig Jaeger's information merely by invoking his personal privacy after his death.

19. USCIS also redacted the clerk's name and the district judge's name from the naturalization certificate. *See* Ex. C. Those names appear on the certificate in connection with the clerk's and district judge's official governmental functions. USCIS's determination letter does not identify the particular privacy interest implicated by those redactions, identify any living individual whose privacy would be harmed by disclosure of each withheld item, or explain why disclosure of each withheld item would constitute a clearly unwarranted invasion of personal privacy. *See* Ex. D. Plaintiff does not contend that death necessarily eliminates every privacy interest that could be implicated by a record concerning a deceased person; rather, Defendant bears the burden of establishing a cognizable privacy interest and justifying each withholding under FOIA.

20. The requested certificate documents an exercise of federal naturalization authority and the government's maintenance of the resulting naturalization record. Disclosure of non-exempt withheld information would shed light on USCIS's administration and maintenance of federal naturalization records and its application of Exemption 6 to historical A-File material concerning a deceased individual. Disclosure would permit meaningful public and judicial review of whether USCIS has properly applied FOIA's privacy exemption and segregability requirements. To the extent USCIS contends that any redaction protects a cognizable privacy interest of a living third party, USCIS must identify and justify that withholding while releasing all non-exempt information.

21. USCIS's withholding of non-exempt information responsive to Plaintiff's FOIA request violates FOIA, including 5 U.S.C. § 552(a)(3)(A), (a)(8)(A)(i), (b)(6).

## COUNT TWO

### Violation of FOIA, 5 U.S.C. § 552(a)(8)(A)(ii), (b)
### Failure to Release Reasonably Segregable Information

22. All of the foregoing allegations are repeated and realleged as though fully set forth herein.

23. FOIA requires that any reasonably segregable portion of a record be provided after deletion of portions that are exempt. 5 U.S.C. § 552(b). An agency must also take reasonable steps necessary to segregate and release non-exempt information. 5 U.S.C. § 552(a)(8)(A)(ii).

24. Upon information and belief, USCIS redacted information from the naturalization certificate that is not exempt and/or failed to release all reasonably segregable non-exempt portions of the record. *See* Ex. C.

25. USCIS bears the burden of justifying each withholding and demonstrating that all reasonably segregable non-exempt information has been released. 5 U.S.C. § 552(a)(4)(B), (b).

26. USCIS's failure to release all reasonably segregable non-exempt information violates 5 U.S.C. § 552(a)(8)(A)(ii), (b).

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully requests that this Court:

a. Exercise jurisdiction over this action;

b. Declare Defendant's withholding and redaction of non-exempt information from the responsive naturalization certificate to be unlawful;

c. Order Defendant to produce the requested naturalization certificate with all non-exempt information disclosed and without any redaction Defendant cannot justify under FOIA;

d. Order Defendant to disclose all reasonably segregable, non-exempt portions of the record and to provide a *Vaughn* index, declaration, or other sufficiently detailed explanation justifying any continued withholding, and, if necessary, conduct an in camera review pursuant to 5 U.S.C. § 552(a)(4)(B);

e. Enjoin Defendant from continuing to withhold non-exempt information responsive to Plaintiff's FOIA request;

f. Award Plaintiff reasonable litigation costs and, to the extent permitted by law, reasonable attorney's fees under 5 U.S.C. § 552(a)(4)(E); and

g. Grant such other relief as the Court may deem just, equitable, and appropriate.

Respectfully submitted,

Nicholas Johnson Jaeger, Plaintiff Pro Se
9417 Cynthia Drive
Little Rock, AR 72205
Telephone: 870-688-6423
Email: jaegern2018@gmail.com
Dated: September 3, 2026

Exhibit A

← Back

# Control Number: SDO2026006411

FOIA/PA STATUS CHECK    DOCUMENT LIBRARY

## Request Details

| | |
|---|---|
| Request Description | |
| Date Submitted | **03/16/2026** |
| Request Type | **FOIA Request** |

## Request Status

| | |
|---|---|
| Place in Queue | |
| Status | **Completed** |
| Estimated Completion Date | |

**Note: This is an estimated date based on average processing times. Availability of records and complexity of request may effect completion date.**

**For more information about making a FOIA/PA request or submitting an Administrative Appeal, please see the link How to Request Records through the Freedom of Information Act or Privacy Act (uscis.gov) .**

✓ **Pending Review from Subject of Record**

Before the request is submitted to USCIS, the Subject of Record must verify their identity and provide consent for USCIS to release their records to the requester. The Subject of Record will receive an email or text message with a link to complete this process electronically. The Subject of Record has 2 weeks to complete this process, or the link will expire and a new request must be submitted to receive the records.

✓ **Received**

The request was received by USCIS.

✓ **In Process**

USCIS is performing activities such as reviewing the request, searching for records, and preparing records for release.

✓ **Completed**

USCIS completed processing the request, and a letter was sent to the requester explaining the actions taken

## USCIS FOIA/PA Headquarters Office

USCIS Contact Center
1-800-375-5283 or TTY 800-767-1833
FOIAPAQuestions@uscis.dhs.gov

Exhibit B p1

**U.S. Department of Homeland Security**
U.S. Citizenship and Immigration Services
*National Records Center*
P.O. Box 648010
Lee's Summit, MO 64064-8010

**U.S. Citizenship and Immigration Services**

**Control Number: SDO2026006411**

March 19, 2026

NICHOLAS JAEGER
9417 CYNTHIA DRIVE
LITTLE ROCK, AR 72205

Dear NICHOLAS JAEGER:

We received your request for information relating to HERWIG JAEGER on March 16, 2026.

Your request is being handled under the provisions of the Freedom of Information Act (5 U.S.C. § 552). It has been assigned the following control number: SDO2026006411. Please cite this number in all future correspondence about your request.

We respond to requests on a first-in, first-out basis and on a multi-track system. Your request has been placed in the complex track. You specifically requested a copy of the Naturalization Certificate for HERWIG JAEGER.

Consistent with 6 C.F.R. § 5.5(a) of the Department of Homeland Security (DHS) FOIA regulations, USCIS processes FOIA requests according to their order of receipt. Although USCIS' goal is to respond within 20 business days of receipt of your request, FOIA does permit a 10 business day extension of this time period in certain circumstances. Due to the increasing number of FOIA requests received by this office, we may encounter some delay in processing your request. Additionally, due to the scope and nature of your request, USCIS will need to locate, compile, and review responsive records from multiple offices, both at headquarters and in the field. USCIS may also need to consult with another agency or other component of the Department of Homeland Security that have a substantial interest in the responsive information. Due to these unusual circumstances, USCIS will invoke a 10 business day extension for your request pursuant to 5 U.S.C. § 552(a)(6)(B). Please contact our office if you would like to limit the scope of your request or to agree on a different timetable for the processing of your request. We will make every effort to comply with your request in a timely manner.

Agreement to Pay Fees

In accordance with Department of Homeland Security Regulations (6 C.F.R. § 5.11), your request is deemed to constitute an agreement to pay any fees that may be chargeable up to $25.00. Fees may be charged for searching for records sought at the respective clerical, professional, and/or managerial rates of $4.00/$7.00/$10.25 per quarter hour, and for duplication of copies at the rate of $.10 per copy. The first 100 copies and two hours of search time are not charged, and the remaining combined charges for search and duplication must exceed $14.00 before we will charge you any fees. Most requests do not require any fees; however, if fees in excess of $25.00 are required, we will notify you beforehand.

Personally Identifiable Information

USCIS no longer collects Social Security Numbers in connection with FOIA or PA requests. When forwarding to us any documents related to your request, please ensure any Social Security Numbers on the documents are blanked out or removed.

The National Records Center (NRC) has the responsibility to ensure that personally identifiable information (PII) pertaining to U.S. Citizenship and Immigration Services (USCIS) clients is protected. In

Exhibit B pg 2



our efforts to safeguard this information, we may request that additional information be provided to facilitate and correctly identify records responsive to your request. Though submission of this information is voluntary, without this information, your request may be delayed while additional steps are taken to ensure the correct responsive records are located and processed. Further, if we are unable to positively identify the subject of the record we may be unable to provide records responsive to your FOIA request.

How to Check the Status of Your Request

You may check the status of your FOIA request online at first.uscis.gov/#/check-status. If you have any questions concerning your pending FOIA/PA request, or to check the status of a pending application or petition, please call the USCIS Contact Center at 800-375-5283 (TTY 800-767-1833).

How to submit Questions or Changes

Questions concerning this FOIA/PA request may be emailed to FOIAPAQuestions@uscis.dhs.gov. All FOIA/PA related requests, including address changes must be submitted in writing, and signed by the requester. Please include the control number listed above on all correspondence. For more information regarding the USCIS FOIA Program, please visit the USCIS website at www.uscis.gov/FOIA.

Sincerely,

Jarrod T Panter
Acting Chief FOIA Officer
Freedom of Information Act & Privacy Act Unit

Exhibit C

# THE UNITED STATES OF AMERICA

TO BE FORWARDED TO
IMMIGRATION AND NATURALIZATION SERVICE

(b)(6)

No. [redacted]

## CERTIFICATE OF NATURALIZATION

Petition No. [redacted]

·DUPLICATE·

INS Registration No. A11 490 420

Personal description of holder as of date of naturalization: Date of birth [redacted] sex Male
complexion Fair color of eyes Brown color of hair Grey height 6 feet 0 inches,
weight 180 pounds; visible distinctive marks None
Marital status Married Country of former nationality West Germany
I certify that the description above given is true, and that the photograph affixed hereto is a likeness of me.

(Complete and true signature of holder)



Seal

United States of America
Western Dist. of Arkansas } S.S.

Be it known, that at a term of the U. S. District Court of Western District of Arkansas held pursuant to law at Fort Smith, Arkansas on June 5, 1991 the Court having found that Herwig Jaeger then residing at [redacted] intends to reside permanently in the United States (when so required by the Naturalization Laws of the United States), had in all other respects complied with the applicable provisions of such naturalization laws, and was entitled to be admitted to citizenship, thereupon ordered that such person be and (s)he was admitted as a citizen of the United States of America.

In testimony whereof the seal of the court is hereunto affixed this 5th day of June nineteen hundred and ninety-one

[redacted]
Clerk of the U. S. District Court.

By [redacted] Deputy Clerk.

DEPARTMENT OF JUSTICE

FORM N-550 (REV. 1-1-87)Y

(b)(6)

Exhibit D
pg 1

**U.S. Department of Homeland Security**
U.S. Citizenship and Immigration Services
*National Records Center*
P.O. Box 648010
Lee's Summit, MO 64064-8010

**U.S. Citizenship and Immigration Services**

March 28, 2026

**Control Number: SDO2026006411**

NICHOLAS JAEGER
9417 CYNTHIA DRIVE
LITTLE ROCK, AR 72205

Dear NICHOLAS JAEGER:

This letter is in response to your request for records under the Freedom of Information Act (FOIA) or Privacy Act (PA), which was received in this office on March 16, 2026, regarding HERWIG JAEGER.

We have considered the foreseeable harm standard when reviewing the record set and have applied the FOIA exemptions as required by the statute and the Attorney General's guidance. We have completed the review of all documents and have identified 1 page that is responsive to your request. Enclosed are 1 page released in part. We have reviewed and have determined to release all information except those portions that are exempt pursuant to 5 U.S.C. § 552 (b)(6) of the FOIA.

The following exemptions are applicable:

Exemption (b)(6) permits the government to withhold all information about individuals in personnel, medical and similar files where the disclosure of such information would constitute a clearly unwarranted invasion of personal privacy. The types of documents and/or information that we have withheld may consist of birth certificates, naturalization certificates, drivers' licenses, social security numbers, home addresses, dates of birth, or various other documents and/or information belonging to a third party that are considered personal.

There may be additional documents that contain discretionary releases of exempt information. If made, these releases are specifically identified in the responsive record. These discretionary releases do not waive our ability to invoke applicable FOIA exemptions for similar or related information in the future.

The enclosed record consists of the best reproducible copies available. Certain pages contain marks that appear to be blacked-out information. The black marks were made prior to our receipt of the file and are not information we have withheld under the provisions of the FOIA or PA.

You have the right to file an administrative appeal within 90 days of the date of this letter. By filing an appeal, you preserve your rights under FOIA and give the agency a chance to review and reconsider your request and the agency's decision. You may file an administrative FOIA appeal electronically to USCIS through your online portal by selecting Appeal in the Actions drop down window. You may also file an administrative FOIA appeal to USCIS at: USCIS FOIA/PA Appeals Office, 150 Space Center Loop, Suite 500, Lee's Summit, MO 64064-2139. Both the letter and the envelope should be clearly marked "Freedom of Information Act Appeal."

If you would like to discuss our response before filing an appeal to attempt to resolve your dispute without going through the appeals process, you may contact our USCIS FOIA Public Liaison by email at FOIAPAQuestions@uscis.dhs.gov.

A USCIS FOIA Public Liaison is an agency official to whom FOIA requesters can raise concerns about the service the requester has received from the agency's FOIA Office. USCIS FOIA Public Liaisons are responsible for assisting in reducing delays, increasing transparency, and understanding of the status of

 Exhibit D
Pg 2



requests, and assisting in the resolution of disputes.

If you are unable to resolve your FOIA dispute through our USCIS FOIA Public Liaison, you may contact the Office of Government Information Services (OGIS) at the National Archives and Records Administration to inquire about the FOIA mediation services they offer. The contact information for OGIS is Office of Government Information Services, National Archives and Records Administration, 8601 Adelphi Road-OGIS, College Park, Maryland 20740-6001; email ogis@nara.gov; telephone 202-741-5770; toll free 877-684-6448; or facsimile 202-741-5769.

The National Records Center does not process petitions, applications, or any other type of benefit under the Immigration and Nationality Act. If you have questions or wish to submit documentation relating to a matter pending with USCIS, please visit the Contact Us page at www.uscis.gov or call the USCIS Contact Center at 800-375-5283 (TTY 800-767-1833).

How to submit Questions or Changes

Questions concerning this FOIA/PA request may be emailed to FOIAPAQuestions@uscis.dhs.gov. All FOIA/PA related requests, including address changes must be submitted in writing, and signed by the requester. Please include the control number listed above on all correspondence. For more information regarding the USCIS FOIA Program, please visit the USCIS website at www.uscis.gov/FOIA.

Sincerely,

Jarrod Panter

Jarrod T Panter
Acting Chief FOIA Officer
Freedom of Information Act & Privacy Act Unit

Enclosure(s)

Exhibit E

← Back

# Control Number: APP2026011361REQ

APPEAL CHECK DOCUMENT LIBRARY

## Request Details

| | |
|---|---|
| Request Description | |
| Date Submitted | **04/12/2026** |
| Request Type | **FOIA Request** |

## Request Status

| | |
|---|---|
| Place in Queue | |
| Status | **Submitted** |
| Estimated Completion Date | **02/10/2027** |

**Note: This is an estimated date based on average processing times. Availability of records and complexity of request may effect completion date.**

**For more information about making a FOIA/PA request or submitting an Administrative Appeal, please see the link** How to Request Records through the Freedom of Information Act or Privacy Act (uscis.gov) .

✔ **Pending Review from Subject of Record**
Before the request is submitted to USCIS, the Subject of Record must verify their identity and provide consent for USCIS to release their records to the requester. The Subject of Record will receive an email or text message with a link to complete this process electronically. The Subject of Record has 2 weeks to complete this process, or the link will expire and a new request must be submitted to receive the records.

✔ **Received**
The request was received by USCIS.

3 **In Process**
USCIS is performing activities such as reviewing the request, searching for records, and preparing records for release.

4 **Completed**
USCIS completed processing the request, and a letter was sent to the requester explaining the actions taken

## USCIS FOIA/PA Headquarters Office

USCIS Contact Center
1-800-375-5283 or TTY 800-767-1833
FOIAPAQuestions@uscis.dhs.gov

# STATE OF ARKANSAS

Exhibit F

33687000

## ARKANSAS DEPARTMENT OF HEALTH
Vital Records
**CERTIFICATE OF DEATH**

FILE NUMBER 2020008697

*To Be Completed / Verified by FUNERAL DIRECTOR*

1. DECEDENT'S LEGAL NAME (Include AKA's if any) (First, Middle, Last, Suffix): HERWIG JAEGER
2. SEX: MALE
3a. DATE OF DEATH: APR. 8, 2020
3b. TIME OF DEATH: 0310
4. SOCIAL SECURITY NO.: [redacted]7388
5a. AGE / Last Birthday (Years): 78
5b. UNDER 1 YEAR: Months / Days
5c. UNDER 1 DAY: Hours / Minutes
6. DATE OF BIRTH: NOVEMBER 25, 1941
7. BIRTHPLACE (City and State or Foreign Country): LANDAU, GERMANY
8a. RESIDENCE STATE or FOREIGN COUNTRY: ARKANSAS
8b. COUNTY: SEARCY
8c. CITY OR TOWN: LESLIE
8d. NUMBER AND STREET: 316 SPRING ST
8e. APT. NO.:
8f. ZIP CODE: 72645-7086
8g. INSIDE CITY LIMITS?: YES
9. EVER IN US ARMED FORCES?: YES
10. MARITAL STATUS AT TIME OF DEATH: MARRIED
11. SURVIVING SPOUSE'S NAME (If wife, give name prior to first marriage.): MELISSA TALIAFERRO
12a. IF DEATH OCCURRED IN A HOSPITAL: INPATIENT
12b. IF DEATH OCCURRED SOMEWHERE OTHER THAN A HOSPITAL:
12c. COUNTY OF DEATH: PULASKI
12d. FACILITY NAME (If not institution, give number & street): UAMS - UNIVERSITY OF ARKANSAS MEDICAL CENTER
12e. CITY OR TOWN: LITTLE ROCK
12f. ZIP CODE: 72205-7199
13. FATHER'S NAME (First, Middle, Last): HERMANN GEORGE JAEGER
14. MOTHER'S NAME PRIOR TO FIRST MARRIAGE (First, Middle, Last): LUISE EMILIE BUCHERT
15a. INFORMANT'S NAME: MELISSA TALIAFERRO
15b. RELATIONSHIP TO DECEDENT: WIFE
15c. MAILING ADDRESS (Number and Street or PO Box, City, State, Zip Code): PO BOX 400, LESLIE, AR, 72645-0400
16a. METHOD OF DISPOSITION: BURIAL
16b. PLACE OF DISPOSITION (Name of cemetery, crematory, other place): NUBBIN HILL CEMETERY
16c. LOCATION / CITY, TOWN, AND STATE: LESLIE, ARKANSAS
17a. EMBALMER'S NAME: NOT EMBALMED
17b. EMBALMER'S LICENSE #:
17c. SIGNATURE (FUNERAL SERVICE LICENSEE OR OTHER AGENT): /s/ CINDY LEE WYATT
17d. NAME AND COMPLETE ADDRESS OF FUNERAL FACILITY: ROLLER-COFFMAN FUNERAL HOME - MARSHALL, HWY 65 N., MARSHALL, AR, 72650
17e. LICENSE #: 173

*To Be Completed / Verified by MEDICAL CERTIFIER*

18a. DATE PRONOUNCED DEAD: APR. 8, 2020
18b. TIME PRONOUNCED DEAD: 0310
18c. NAME AND TITLE OF PERSON PRONOUNCING DEATH (PRINT / TYPE): ROHAN SHARMA, MD
19. WAS MEDICAL EXAMINER OR CORONER CONTACTED?: NO

**CAUSE OF DEATH**

20. PART I. Enter the chain of events: diseases, injuries, or complications that directly caused the death. DO NOT enter terminal events such as cardiac arrest, respiratory arrest, or ventricular fibrillation without showing the etiology. DO NOT ABBREVIATE. Enter only one cause on a line.

| | | Cause | APPROXIMATE INTERVAL: Onset to Death |
|---|---|---|---|
| IMMEDIATE CAUSE (Final disease or condition resulting in death) | a. | BRAIN HERNIATION | 4 DAYS |
| | | Due to (or as a consequence of) | |
| Sequentially list conditions, if any, leading to the cause listed on line a. Enter the UNDERLYING CAUSE (disease or injury that initiated the events resulting in death) LAST. | b. | LEFT PARIETAL HEMORRHAGE | 6 DAYS |
| | | Due to (or as a consequence of) | |
| | c. | LEFT PARIETAL ISCHEMIC STROKE | 8 DAYS |
| | | Due to (or as a consequence of) | |
| | d. | ATRIAL FIBRILLATION | YEARS |

PART II. Enter other significant conditions contributing to death but not resulting in the underlying cause given in PART I.
21a. WAS AN AUTOPSY PERFORMED?: NO
21b. WERE AUTOPSY FINDINGS AVAILABLE TO COMPLETE THE CAUSE OF DEATH?:
22. MANNER OF DEATH: NATURAL
23. DID TOBACCO USE CONTRIBUTE TO DEATH?: NO
24. IF FEMALE:
25a. DATE OF INJURY (Mo/Day/Yr):
25b. TIME OF INJURY:
25c. PLACE OF INJURY (e.g. Decedent's home, construction site, restaurant, wooded area):
25d. INJURY AT WORK?:
25e. LOCATION OF INJURY: (Number, Street, Apartment No., City, State, Zip Code):
25f. DESCRIBE HOW INJURY OCCURRED:
25g. IF TRANSPORTATION INJURY, SPECIFY:
26a. CERTIFIER (Check only one): ☒ Pronouncing & Certifying Physician / To the best of my knowledge, death occurred at the time, date, and place, and due to the cause(s) and manner stated

SIGNATURE: /s/ ROHAN SHARMA TITLE: MD DATE: APRIL 08, 2020

26b. NAME AND COMPLETE MAILING ADDRESS OF PERSON SIGNING ITEM 26a. (Type / Print): ROHAN SHARMA, MD, 4301 W. MARKHAM ST #500, LITTLE ROCK, AR, 72205
26c. LICENSE #: RES 812
27a. SIGNATURE OF REGISTRAR: Shirley Lollis
27b. FOR REGISTRAR ONLY - DATE FILED: APR. 10, 2020

+ DENOTES AMENDED ITEMS:

ARKANSAS DEPARTMENT OF HEALTH SEAL LITTLE ROCK, ARK.

THIS IS TO CERTIFY THAT THE ABOVE IS A TRUE AND CORRECT COPY OF THE CERTIFICATE ON FILE IN THE ARKANSAS DEPARTMENT OF HEALTH.

MAR 0 9 2026

Jeremy L. Courtney
Jeremy L. Courtney
State Registrar

AR 09799529

WARNING: A REPRODUCTION OF THIS DOCUMENT RENDERS IT VOID AND INVALID. DO NOT ACCEPT UNLESS EMBOSSED SEAL OF THE ARKANSAS DEPARTMENT OF HEALTH IS PRESENT. IT IS ILLEGAL TO ALTER OR COUNTERFEIT THIS DOCUMENT.

VR-112

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER. THIS IS WATERMARKED PAPER. DO NOT ACCEPT WITHOUT FIRST HOLDING TO LIGHT TO VERIFY WATERMARK.